

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00495-CV

Patrick **MINOR**,
Appellant

v.

Benjamin **MAYO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11603
Honorable David Peeples, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 26, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
Keith E. Hottle, Clerk of Court